**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

Tel.  (212) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

Ying Stafford
Associate Counsel
(917) 331-8887

**MEMO ENDORSED**, last page.

June 17, 2022

Re: *United States v. William Skinner*
19 832 Cr.  (ER)

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY 10007
By ECF and Electronic Mail

Dear Judge Ramos:

    Please accept this letter as an application for an order, without objection from Probation Officer Javier Enciso and upon notice to the government, modifying the conditions of Mr. Skinner's house arrest to the extent of removing his ankle bracelet for three days and permitting him to travel by bus to the below address on June 22, 2022, and stay there until June 24, 2022, when he will return to his home by bus and resume house arrest.

    Ms. Skinner's mother, a cancer sufferer, has taken a turn for the worse and is unresponsive in hospice care at Mr. Skinner's cousin's home.  He desires to see his mother and confer with her doctors, who will visit her  next week.  Mr. Skinner  would stay with his mother at the home of Cherylean Grant Monroe, Edwardsville, PA 18704.  According to Officer Enciso, the three days that his ankle bracelet would be removed would be added to the monitoring period at the end of the term.

    If this is agreeable, may I impose upon Your Honor to "so order" this letter. Thank you for your consideration. I remain

1

Respectfully,
*s/GRGoltzer*
George R. Goltzer

cc: All parties via ECF
GRG/ms

---

The application for a temporary modification of bail as described above is GRANTED.

SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: __6/17/2022__
New York, New York