UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :          ORDER

   -v.-                              :          19 Cr. 832 (ER)

WILLIAM SKINNER,                    :

                Defendant.     :

- - - - - - - - - - - - - - - - - - -x

       WHEREAS, the Court issued a judgment of conviction in the above-referenced matter on June 6, 2022, entered on the same date at Docket No. 129;

       WHEREAS, the United States of America, by and through Damian Williams, United States Attorney, Andrew K. Chan, Adam S. Hobson, and Frank J. Balsamello, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that judgment as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i);

       WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may - before or after the time has expired, with or without motion and notice - extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

WHEREAS, the Government requests the extension to enable the Solicitor General to review the Court's judgment and determine whether to appeal the judgment;

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including August 5, 2022.

Dated:   New York, New York
        July  1 , 2022

                                   _____
                                   THE HONORABLE EDGARDO RAMOS
                                   CHIEF UNITED STATES DISTRICT JUDGE