UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -against-

                                                    **ORDER**

William Skinner

                                                    <u>19 Cr. 832</u>
                                                    Docket #

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

    According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

    IT IS HEREBY ORDERED that _____ Nicholas Pinto _____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_/s/ N. Pinto_____                           _/s/ William Skinner_____
Attorney's Signature                                                                      Defendant's Signature

<u>Nicholas Pinto</u>
Print Attorney's Name

<u>745 Fifth Avenue Suite 500</u>
Address

<u>8th Floor, NY, NY 10151</u>

<u>212-619-5500</u>
Telephone

                            SO ORDERED:

                         _/s/ Edgardo Ramos_____           7/8/2024
                         UNITED STATES DISTRICT JUDGE             DATED

                         _Laura Taylor Swain_____           7/9/2024
                         UNITED STATES CHIEF DISTRICT JUDGE       DATED