UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
:
UNITED STATES OF AMERICA
:
    -against-
:
                                                                                             **ORDER**
:
William Skinner
                                                                           19 Cr. 832
:
                                                                           Docket #
----------------------------------------x

    Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

    According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

    IT IS HEREBY ORDERED that _____Ying Stafford_____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_____
Attorney's Signature

_____
Defendant's Signature

Ying Stafford
Print Attorney's Name

152 West 57th Street
Address

8th Floor, NY, NY 1009

917-331-8887
Telephone

SO ORDERED:

_____    7/8/2024
UNITED STATES DISTRICT JUDGE    DATED

*Laura Taylor Swain*
Laura Taylor Swain    7/9/2024
UNITED STATES CHIEF DISTRICT JUDGE    DATED